# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BARRON LAZZIRA GARNETT,**

        Plaintiff,

  -vs-

**Case No. 06-C-1257**

**SERGEANT JAMES CRISS, and**
**JAN BRYLOW,**

        Defendant.

# ORDER

Due to the consent of the parties, pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby transferred to Magistrate Judge Aaron E. Goodstein to conduct all further proceedings herein.

Dated at Milwaukee, Wisconsin, this 16th day of July, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **RUDOLPH T. RANDA**
        Chief Judge