# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**BARRON LAZZIRA GARNETT,**

    Plaintiff,

    v.                                   Case No. 06-C-1257

**SERGEANT JAMES CRISS
and JAN BRYLOW,**

    Defendants.

[x]    **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants prevail on the motion for summary judgment.

**IT IS FURTHER ORDERED** that plaintiff's complaint and this action in its entirety is **DISMISSED.**

                                          Jon W. Sanfilippo, Clerk of Court
                                          EASTERN DISTRICT OF WISCONSIN

Date:  July 29, 2008                     (By) Deputy Clerk, <u>s/C. Quinn</u>

                                          Approved this <u>29th</u> day of July, 2008.

                                          <u>s/AARON E. GOODSTEIN</u>
                                          United States Magistrate Judge